In re the Matter of K.L.V., Plaintiff.

**Christine C. MALONEY, Respondent,**

v.

**Jerry G. VANCE, Appellant.**

**No. WD 48478.**

Missouri Court of Appeals, Western District.

June 21, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 1994.

Application for Transfer Sustained Sept. 20, 1994.

Case Retransferred Jan. 24, 1995.

Court of Appeals Opinion Readopted Feb. 2, 1995.

Steve Dulle Burmeister, Independence, for appellant.

Willard B. Bunch, Kansas City, for respondents.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from a judgment dividing assets and debts accumulated by an unmarried couple, and determining the custody and support of the parties' daughter.

Affirmed. Rule 84.16(b).